BIRDIE AVERETT, Appellant, *v.* ABRAHAM M. AVERETT, Respondent.

*Husband and wife — action for separation — insufficiency of evidence.*

*Averett* v. *Averett,* 189 App. Div. 250, affirmed.

(Argued October 14, 1921; decided October 28, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 7, 1919, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial. The action was brought by wife against husband for a separation. The Appellate Division held that there was no sufficient proof to justify a judgment of separation under the statute.

*Max D. Steuer* and *Louis S. Schwartz* for appellant.
*Edward E. McCall* and *Alexander S. Natanson* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, without costs; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.